# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2982

_____

Anthony Wayne Marshall

*Plaintiff - Appellant*

v.

Karen Grant, LPN, Faulkner County Detention Center Unit 2; Monte Munyan,
LPN, Faulkner County Detention Center Unit 2; Scott Huffman, Lieutenant,
Faulkner County Detention Center Unit 2

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: May 9, 2018
Filed: May 14, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Anthony Marshall, who was formerly confined at the Faulkner County Regional Detention Center, appeals following the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful review of the record and the parties' arguments on appeal, this court concludes that the district court properly granted summary judgment. *See Peterson v. Kopp*, 754 F.3d 594, 598 (8th Cir. 2014) (grant of summary judgment is reviewed de novo; record is viewed in light most favorable to nonmoving party).

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Beth M. Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).